■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC HAWKINS, Appellant. [678 NYS2d 519] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Clabby, J.), rendered June 24, 1996, convicting him of criminal possession of a weapon in the third degree (three counts), upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

Appellate review of the issues raised by the defendant, including those raised in his supplemental *pro se* brief, were effectively waived by him as part of his plea bargain *(see, People v Holman,* 89 NY2d 876; *People v Williams,* 36 NY2d 829, *cert denied* 423 US 873; *People v Rodriguez,* 193 AD2d 821). O'Brien, J. P., Sullivan, Joy and Friedmann, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DERRICK A. HOOVER, Appellant. [678 NYS2d 519] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 25, 1990 *(People v Hoover,* 162 AD2d 710), affirming a judgment of the Supreme Court, Kings County, rendered July 18, 1986.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel *(see, Jones v Barnes,* 463 US 745). Mangano, P. J., Bracken, Miller and Thompson, JJ., concur.